UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GARCIA-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Respondent. | No. 2:17-cv-2639 TLN KJN P<br><br><br>ORDER |

Petitioner is a federal prisoner, proceeding pro se, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 16, 2018, respondent filed a motion to dismiss. On July 27, 2018, petitioner filed a reply in which he concedes that Mathis v. United States, 136 S. Ct. 2243 (2016), does not apply retroactively and may not be a basis for relief under 28 U.S.C. § 2241. (ECF No. 20 at 1.) Further, petitioner concedes that he "has not made a showing that he has not previously had an unobstructed procedural shot at presenting his claim as his second habeas challenge, on March 24, 2017, (after Mathis was decided), the district court of conviction fully addressed petitioner's Mathis claim and in doing so denied the claim on the merits." (ECF No. 20 at 1.) Finally, petitioner concedes that this action should be dismissed for lack of subject matter jurisdiction, without prejudice to allow him to file a subsequent 28 U.S.C. § 2241 petition if he can meet the "escape hatch" provision of Section 2255. (ECF No. 20 at 2.)

Respondent did not file a reply.

1

Good cause appearing, in light of petitioner's concession that this court lacks subject matter jurisdiction, the undersigned construes petitioner's reply as a request for voluntary dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's reply (ECF No. 20) is construed as a request for voluntary dismissal; and
2. This action is dismissed under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: August 21, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

garc2639.mtd